**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| REGINALD D. YOUNG,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. 5:25-cv-02495-WLH-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Plaintiff has objected. Plaintiff's objections are centered on his ability to amend his Complaint, which he is free to do so via an amended Complaint within the time prescribed by this Order. Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Complaint is DISMISSED without prejudice and with leave to amend within twenty-one (21) days; and (2) the Verified Motion (Dkt. No. 24) and Motion (Dkt. No. 28) are DENIED as moot.

DATED: May 28, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2